■ NICHOLAS E. COLELLA, Doing Business as COLELLA GALLERIES, Respondent, v CLAUDE A. BEAUCHAMP, Appellant. (Ap-

peal No. 1.) [632 NYS2d 992] —Appeal unanimously dismissed without costs (see, Matter of Ozolins [appeal No. 2], 65 AD2d 958). (Appeal from Judgment of Supreme Court, Onondaga County, Reagan, J.—Default Judgment.) Present— Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.